**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KALDREN LLC,** | |
| **Plaintiff,** | **No. 1:17-cv-3638** |
| **v.** | **JURY TRIAL DEMANDED** |
| **THE HAIN CELESTIAL GROUP, INC.,** | |
| **Defendant.** | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Kaldren LLC, by and through its undersigned counsel, files its Corporate Disclosure Statement under Federal Rule of Civil Procedure 7.1 and states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: May 15, 2017                    Respectfully submitted,

OF COUNSEL:
Peter J. Corcoran, III
Texas State Bar No. 24080038
**CORCORAN IP LAW, PLLC**
2019 Richmond Road, Suite 380
Texarkana, Texas 75503
Tel: (903) 701-2481
Fax: (844) 362-3291
Email: peter@corcoranip.com

By:*/s/*Jean-Marc Zimmerman
Zimmerman Law Group
233 Watchung Fork
Westfield, NJ 07090
Tel: (908) 768-6408
Fax: (908) 935-0751
Email: jmz@zimllp.com

*Counsel for Plaintiff*
*Kaldren LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system and local rules on May 15, 2017.

*/s/*