```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KALDREN LLC,                                   :
                                               :
                    Plaintiff,                 :
           -v-                                 :         17-cv-3638 (KBF)
                                               :
                                               :              ORDER
THE HAIN CELESTIAL GROUP, INC.,                :
                                               :
                    Defendant.                 :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 23, 2017

KATHERINE B. FORREST, District Judge:

It is hereby ORDERED that:

1. Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") on **Tuesday, July 25, 2017, at 1:30 P.M.** All counsel who have received this Order shall notify all other parties (or, if known, their attorneys) of the IPTC by serving each of them with a copy of the Order and with a copy of the Court's Individual Practices in Civil Cases, **together with Attachment B, Judge Forrest's Procedures for Patent Cases**. Counsel shall file proof of such service with the Court.

2. At least **four business days prior to the IPTC**, the parties shall jointly submit a proposed schedule in accordance with the Court's Patent Case Management Plan and Scheduling Order form, available at http://www.nysd.uscourts.gov/judge/Forrest.

3. Counsel shall consult the Court's Individual Practices in Civil Cases, available at http://www.nysd.uscourts.gov/judge/Forrest, and comply with all other requirements for the IPTC.  <u>See</u> Rule 4.B.

4. Counsel shall also consult Judge Forrest's Procedures for Patent Cases, available as Attachment B to the Court's Individual Practices in Civil Cases (as revised on November 22, 2013), and comply with all requirements therein.  In particular, the Court directs counsel's attention to the revised Rule 1.a, under which a party shall serve a "Disclosure of Asserted Claims and Infringement Contentions" **not later than 14 days after the initial pretrial conference**.

SO ORDERED.

Dated:    New York, New York
          May 23, 2017

_____
KATHERINE B. FORREST
United States District Judge