UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KALDREN LLC,

          Plaintiff,

    -v-

THE HAIN CELESTIAL GROUP, INC.,

          Defendant.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 24, 2017
```

17-cv-3638 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

    The Court has received plaintiff's complaint in this action. (ECF No. 1.) The Court notes that yesterday the Supreme Court issued its opinion in <u>TC Heartland LLC v. Kraft Foods Group Brands LLC</u>. Plaintiff is hereby ORDERED to show cause, by submitting a letter to the Court **not later than June 5, 2017**, why venue is proper in the Southern District of New York.

    SO ORDERED.

Dated:    New York, New York
            May 24, 2017

                                          _____
                                            KATHERINE B. FORREST
                                            United States District Judge